UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 2:22-cv-08071-JLS-AFM | Date: February 07, 2023 |
| Title: Frank Deville v. Tristar Risk Management | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION, VACATING HEARING SET FOR FEBRUARY 17, 2023

Plaintiff filed this action on November 4, 2022, asserting claims for breach of contract and bad faith arising out of a workers' compensation claim, and apparently invoking the Court's diversity jurisdiction under 18 U.S.C. § 1332. (*See* Compl., Doc 1.)

"Federal courts are courts of limited jurisdiction." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). As the party invoking federal jurisdiction, Plaintiff has the burden of establishing that this case lies within the Court's limited jurisdiction. *See id.* A federal court has diversity jurisdiction under 28 U.S.C. § 1332 if the parties to the action are citizens of different states and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a). In determining the citizenship of a corporation, "a corporation shall be deemed to be a citizen of every State . . . by which it has been incorporated and of the State . . . where it has its principal place of business[.]" *Id.* § 1332(c)(1). Here, Plaintiff alleges that he is a citizen of California and that Defendant Tristar Risk Management has its principal place of business in California. (Compl. ¶¶ 3-4.) As alleged, there is not complete diversity of the parties.

Accordingly, both parties are ORDERED to show cause, in writing (no longer than five (5) pages), **within seven (7) days of the date of this Order**, why the Court should not dismiss this action for lack of subject matter jurisdiction. Failure to timely respond will result in the immediate dismissal of the case.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:22-cv-08071-JLS-AFM                                      Date: February 07, 2023
Title: Frank Deville v. Tristar Risk Management

    The hearing set for February 17, 2023 at 10:30 a.m. regarding Plaintiff's Motion to Stay (Doc. 29), Plaintiff's Motion for Default Judgment (Doc. 22), and Defendant's Motion to Vacate Default (Doc. 26) is VACATED pending further order of the Court.

Initials of Preparer:  vrv